**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2014

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. **Araujo, et al.**,
        13 Cr. 811 (ALC)

3-6-14

Dear Judge Carter:

    We write with the consent of defense counsel to request that the Court adjourn the status conference in the above-referenced matter scheduled to take place on March 7, 2014 for approximately four weeks to a date and time at the Court's convenience. Voluminous discovery has been produced and is continuing to be produced in close consultation with appointed discovery coordination counsel for the defense. The process is proceeding well, but it is ongoing. Accordingly, to permit the parties time to review the discovery already produced, and to receive and review additional discovery, we respectfully request that the Court exclude time until the re-scheduled conference pursuant to the Speed Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by such exclusion outweigh the interest of the defendant and public in a speedy trial because it will permit the defendants to receive and review discovery. The defendants have consented to this request and the exclusion of time through their attorneys.

Application granted.
Status conference adjourned
to 4-3-14 at 12:30 p.m.
So Ordered.
/s/ Andrew L. Carter, Jr.
3-6-14

Respectfully submitted,

PREET BHARARA
United States Attorney

By: __/s/_____
Jason A. Masimore
Russell Capone
Assistant United States Attorneys
(212) 637-2580/2247
Jason.Masimore@usdoj.gov
Russell.Capone@usdoj.gov

cc: All Counsel (by ECF)