UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,                    13 Cr. 811 (ALC)

        Plaintiff,                            **ORDER**

-against-

EDWIN ARAUJO et al.,

        Defendants.,
--------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    In a letter dated March 5, 2014, the Government requests an adjournment of the status conference currently scheduled for March 7, 2014 and an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until the adjourned date to allow the parties time to review the discovery already produced, and to receive and review additional discovery. The Government informs the Court that the Defendants consent to this adjournment.

    The Court finds that the interests of justice are served by such an exclusion, to allow the parties time to review the discovery already produced, and to receive and review additional discovery, and that those interests outweigh the interests of the defendants and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from March 7, 2014 through April 3, 2014 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       March 5, 2014

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE