# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 7, 2015

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Edwin Araujo, et al.
13 Cr. 811 (ALC)**

Dear Judge Carter,

    I write to respectfully request an adjournment of Edwin Araujo's sentence now scheduled for May 20, 2015 until the week of June 9th 2015 at 11:00 a.m.
    I have spoken with AUSA Jason Masimore who has no objection.
    The reason for this request is to obtain documents and finalize preparation of Mr. Araujo's sentencing submission.

Very truly yours,

William J. Stampur

cc: Jason Masimore (by ECF)